1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, an individual, | Case No.: 8:19-cv-02421-DOC-DFM |
|---|---|
| Plaintiff, | Proposed Judgment Re: Default Judgment |
| v. | |
| HOA KHAI QUAN, an individual; NHAN LE QUAN LANG, an individual; NANCY CHAU MINH QUAN, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

Proposed JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JAMES RUTHERFORD shall have JUDGMENT in his favor against Defendants HOA KHAI QUAN, an individual; NHAN LE QUAN LANG, an individual; and NANCY CHAU MINH QUAN, an individual ("Defendants") for Defendants' violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendants from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendants provide an ADA compliant premises located at 123 North East Street, San Bernardino, CA 92401 that is readily achievable, and

(2) Attorneys' fees and costs in the amount of $4,269.00 pursuant to 42 U.S.C § 12205.

DATED:

_____
Hon. David O. Carter
**United States District Judge**